

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2021

No. 04-20-00564-CR

Isidro **RAMOS** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9685
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File a Single Copy is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court